

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Toby Jack Davee,                          * From the 42nd District Court
                                            of Taylor County,
                                            Trial Court No. 26817A.

Vs. No. 11-16-00226-CR                    * August 31, 2016

The State of Texas,                       * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.